**Order entered March 5, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00982-CV

**JOHN H. GEORGE, Appellant**

**V.**

**MARIA GUADALUPE GEORGE, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

### ORDER

Appellee's motion for extension of time to file appellee's brief is **GRANTED**, and the time for appellee to file her brief is **EXTENDED** through March 31, 2020

/s/   LANA MYERS
     PRESIDING JUSTICE